SLOAN v. MILLER BLDG. CORP.

No. 166PA93

Case below: 109 N.C.App. 489

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1993.

STATE v. BAKER

No. 176P93

Case below: 109 N.C.App. 697

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

STATE v. BRINSON

No. 189A93

Case below: 110 N.C.App. 314

Petition by Attorney General for temporary stay allowed 24 May 1993.

STATE v. EVANS

No. 188P93

Case below: 109 N.C.App. 697

Petition by defendant for writ of supersedeas and temporary stay denied 4 June 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 June 1993.

STATE v. GUTHRIE

No. 178P93

Case below: 110 N.C.App. 91

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 3 June 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993. Motion by defendant to be appointed as legal counsel in order to file response dismissed 3 June 1993.